# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DWAYNE JOHNSON**
    **Petitioner-Defendant,**

  v.                                 **Case No. 12-C-1208**
                                        **(Criminal Case No. 10-CR-183)**

**UNITED STATES OF AMERICA**
    **Respondent-Plaintiff.**

---

## ORDER

**IT IS ORDERED** that petitioner may file a reply to the government's response to his § 2255 motion on or before **April 5, 2013**. Petitioner may include with his reply supplemental materials, including affidavits, supporting his contentions regarding the remaining claim, as discussed in the government's response.

Dated at Milwaukee, Wisconsin this 6th day of March, 2013.

                                                /s Lynn Adelman
                                                _____
                                                LYNN ADELMAN
                                                District Judge