## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**DWAYNE JOHNSON**
    **Petitioner-Defendant,**

  **v.**                                       **Case No. 12-C-1208**
                                                **(Criminal Case No. 10-CR-183)**

**UNITED STATES OF AMERICA**
    **Respondent-Plaintiff.**

## ORDER

Based on his statements on the record at today's hearing,

**IT IS ORDERED** that petitioner's § 2255 action is dismissed.

Dated at Milwaukee, Wisconsin this 8th day of May, 2014.

                                                                   /s Lynn Adelman
                                                                   _____
                                                                   LYNN ADELMAN
                                                                   District Judge